**NATIONAL BOULEVARD BANK OF CHICAGO, Plaintiff-Appellee,**

v.

**Meyer SCHWARTZ, Defendant-Appellant.**

**No. 177, Docket 25856.**

United States Court of Appeals
Second Circuit.

Argued Feb. 3 and 4, 1960.

Decided Feb. 26, 1960.

Kenneth S. Oltarsh, New York City (Virginia C. Duncombe and Duncombe, Oltarsh & Schott, New York City, on the brief), for plaintiff-appellee.

Hyman Fried, New York City (Abbie Goldstein and Fried, Beck, Tannenbaum & Field, New York City, N. Y., and Edward R. Schwartz of the Bar of District of Columbia, on the brief), for defendant-appellant.

**824**

Before MEDINA and WATERMAN, Circuit Judges, and MADDEN, Judge, United States Court of Claims.*

PER CURIAM.

The judgment is affirmed on the opinion of Judge Dawson, 175 F.Supp. 74.